FILED

FEB 1 1 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **SUPPRESSED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:26-CR-77JMD/RHH** |
| | ) | |
| TRAVIS RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 14, 2025, in Phelps County, Missouri, within the Eastern District of Missouri, the defendant herein,

**TRAVIS RUSSELL,**

did knowingly and intentionally possess, with intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

The Grand Jury further finds that before **TRAVIS RUSSELL** committed the offense charged in this count, he had two prior final convictions for serious drug felonies for which he served more than 12 months of imprisonment and was released from such imprisonment within 15 years of the commencement of the instant offense, specifically:

1.     On or about April 10, 2008, **TRAVIS RUSSELL** was convicted of conspiracy to possess pseudoephedrine knowing that it would be used to manufacture a controlled substance, in

violation of 21 U.S.C. § 841(c)(2) and 21 U.S.C. § 846, in the United States District Court for the Eastern District of Missouri in Case No. 4:07-cr-00678-JCH;

2.      On or about August 28, 2019, **TRAVIS RUSSELL** was convicted of delivery of a controlled substance, in violation of section 579.020, RSMo, in the Circuit Court of Dent County, Missouri in Case No. 19DE-CR00184-01.

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1.      Under Title 21, United States Code, Sections 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count I, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

2.      Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Count I.

3.      If any of the property described above, as a result of any act or omission of the defendants:

<blockquote>

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

</blockquote>

the United States of America will be entitled to the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

                                        **A TRUE BILL.**


                                        _____
                                        FOREPERSON

THOMAS C. ALBUS
United States Attorney


_____
MOHSEN PASHA, #67373MO
Assistant United States Attorney