UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:26-cr-00077-JMD-RHH |
| | ) | |
| TRAVIS RUSSELL, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF THE UNITED STATES REGARDING
GENERATIVE ARTIFICIAL INTELLIGENCE**

COMES NOW the United States of America, by and through Thomas C. Albus, United States Attorney, and Mohsen Pasha, Assistant United States Attorney, for the Eastern District of Missouri, and provides the following certification regarding generative artificial intelligence:

1.    I, the undersigned counsel, hereby certify that I have read the Artificial Intelligence requirements dated August 2025 and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western District of Missouri.

2.    I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs a filing in this case will remain responsible for its contents pursuant to the applicable rules of attorney discipline, regardless of whether generative artificial intelligence was used in drafting any portion of the filing.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY


*/s/ Mohsen Pasha*
MOHSEN PASHA, #67373MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all Counsel of Record.


*/s/ Mohsen Pasha*
MOHSEN PASHA, #67373MO
Assistant United States Attorney