

**U.S. DEPARTMENT OF JUSTICE**

UNITED STATES ATTORNEY
EASTERN DISTRICT OF MISSOURI

*CRIMINAL DIVISION*

| | | |
|---|---|---|
| *Mohsen Pasha* | *Thomas Eagleton* | *mohsen.pasha@usdoj.gov* |
| | *U.S. Courthouse* | *OFFICE: 314-539-2200* |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | *DIRECT: 314-539-2283* |
| | *St. Louis, MO  63102* | *FAX: 314-539-2309* |

March 3, 2026

<u>VIA ELECTRONIC SERVICE</u>

Andrew Cortopassi
Attorney for Defendant
1010 Market St, Suite 200
St. Louis, MO 63101

> **Re:** ***United States v. Travis Russell***
> **4:26-cr-00077-JMD-RHH**

Dear Counsel:

A grand jury indicted Travis Russell on February 11, 2026. To assist you in the determination of any relevant pretrial motions to be filed in this case, please be aware of the following                                                                                            information:

1. **DISCOVERY**. The government agrees to provide you with all relevant material within the purview of Rule 16 of the Federal Rules of Criminal Procedure. Please find the enclosed discovery, bates-stamped **GOV-000001 through GOV-002748**, which will be further supplemented to the extent required under Rule 16(c). The government has withheld certain sensitive evidence from production that may be inspected at our offices at a pre-arranged time. *See* Fed. R. Crim. P. 16(a)(1)(E) (noting the government's responsibility to permit inspection of documents and objects). Specifically, the government has withheld recordings made in conjunction with uncharged controlled buys. Those recordings will not be copied or disseminated outside the U.S. Attorney's Office at this stage of the case. A computer is available at the U.S. Attorney's Office for your use in reviewing these materials. Please contact me if you'd like to arrange a time to review such information.

2. **ELECTRONIC SURVEILLANCE**. Again, the government is in possession of recordings made in conjunction with uncharged controlled buys. That recording will not be copied or disseminated outside the U.S. Attorney's Office at this stage of the case. A computer is

1

available at the U.S. Attorney's Office for your use in reviewing these materials. Please contact me if you'd like to arrange a time to review such information. The government also obtained a precision location warrant.

3. **CONFIDENTIAL INFORMANTS**. The government utilized a confidential informant in the course of investigating this matter.

4. *JENCKS* **MATERIAL**. The government agrees to make all *Jencks* material available no later than the Friday preceding trial, conditioned upon Defendant's agreement to simultaneously produce statements of Defendant's witnesses. *See* 18 U.S.C. § 3500(a); *see also Jencks v. U.S.*, 353 U.S. 657 (1957); Fed. R. Crim. P. 26.2(a).

5. **GRAND JURY TRANSCRIPTS**. The government agrees to produce all grand jury transcripts to the extent they constitute *Jencks* material and make them available for inspection.

6. **OTHER CRIMES EVIDENCE**. The government agrees to advise Defendant of its intention to use evidence of other crimes during its case-in-chief. The government agrees to make this disclosure before trial.

7. **DEFENDANT'S STATEMENTS**. The government intends to utilize Defendant's statements. Defendant's statements are set forth in the discovery production that accompanies this letter.

8. **IDENTIFICATION OF DEFENDANT**. The government is not aware of any post-arrest identification of the defendant.

9. **PHYSICAL EVIDENCE**. The government possesses items of physical evidence seized from Defendant. These items are referred to in the discovery materials that accompany this letter.

10. **FAVORABLE EVIDENCE**. The government agrees to furnish any and all favorable evidence to the defendant if and when its existence becomes known to the government. At the present time, the government does not have favorable evidence.

11. **EXPERT WITNESSES**. The government will comply with the dictates of Rule 16(a)(1)(G) and provide, upon request, notice as to any and all experts witnesses it intends to call as witnesses in its case-in-chief at trial. At this stage, the government intends to call criminalists and forensic scientists from various crime laboratories. The government anticipates and expects these individuals will testify to contents of their laboratory reports. Those laboratory reports are included in this discovery production. The government also expects to call a drug profile expert to testify to trafficking patterns, including the manner and means of drug creation and distribution, typical distribution and usage units, and the fair market value of drugs at multiple levels and quantities of distribution, including street level amounts.

12. **RULE 12(B)(4) NOTICE**. Under Rule 12(b)(4) of the Federal Rules of Criminal Procedure, the government places Defendant on notice that it may seek to admission of any and all

evidence referred to in the discovery materials noted above, including those items produced in conjunction with this letter and those items available for inspection our offices at a pre-arranged time. The government agrees to supplement this production of documents/items as it obtains additional discoverable information.

The discovery referenced was uploaded to USAfx on March 3, 2026, and is listed below:

| BegDoc# | EndDoc# | Filename |
|---|---|---|
| GOV0000001 | GOV0000001 | 0169_19.56.21(16.11.24).cam1.avi |
| GOV0000002 | GOV0000104 | 0169_19.56.21(16.11.24).cam1.srt |
| GOV0000105 | GOV0000105 | 0169_20.17.20(16.11.24).cam1.avi |
| GOV0000106 | GOV0000183 | 0169_20.17.20(16.11.24).cam1.srt |
| GOV0000184 | GOV0000184 | 0169_20.33.14(16.11.24).cam1.avi |
| GOV0000185 | GOV0000263 | 0169_20.33.14(16.11.24).cam1.srt |
| GOV0000264 | GOV0000264 | 0169_20.49.16(16.11.24).cam1.avi |
| GOV0000265 | GOV0000350 | 0169_20.49.16(16.11.24).cam1.srt |
| GOV0000351 | GOV0000351 | 0169_17.49.32(21.11.24).cam1.avi |
| GOV0000352 | GOV0000575 | 0169_17.49.32(21.11.24).cam1.srt |

| | | |
|---|---|---|
| GOV 0000 576 | GOV 0000 576 | 0169_18.35.12(21.11.24).cam1.avi |
| GOV 0000 577 | GOV 0000 645 | 0169_18.35.12(21.11.24).cam1.srt |
| GOV 0000 646 | GOV 0000 646 | 0169_18.08.38(17.12.24).cam1.avi |
| GOV 0000 647 | GOV 0000 741 | 0169_18.08.38(17.12.24).cam1.srt |
| GOV 0000 742 | GOV 0000 742 | 0169_18.27.55(17.12.24).cam1.avi |
| GOV 0000 743 | GOV 0000 818 | 0169_18.27.55(17.12.24).cam1.srt |
| GOV 0000 819 | GOV 0000 819 | 0169_18.43.16(17.12.24).cam1.avi |
| GOV 0000 820 | GOV 0000 868 | 0169_18.43.16(17.12.24).cam1.srt |
| GOV 0000 869 | GOV 0000 869 | 1-17-25 Russell Interview.pdf |
| GOV 0000 870 | GOV 0000 871 | 12-17-24 T. Russell CB_Redacted.pdf |
| GOV 0000 872 | GOV 0000 872 | 12-4-24 Surveillance_Redacted.pdf |
| GOV 0000 873 | GOV 0000 873 | December 17 Buy_Redacted.pdf |
| GOV 0000 | GOV 0000 | December 8 Buy 302_Redacted.pdf |

| | | |
|---|---|---|
| 874 | 875 | |
| GOV 0000 876 | GOV 0000 877 | December 8 Buy_Redacted.pdf |
| GOV 0000 878 | GOV 0000 878 | Facebook Warrant 302.pdf |
| GOV 0000 879 | GOV 0000 880 | Jan 14, 2025 Russell Interdiction Stop-Ketzler_Redacted.pdf |
| GOV 0000 881 | GOV 0000 887 | Jan 14, 2025 Traffic Stop Report_Redacted.pdf |
| GOV 0000 888 | GOV 0000 888 | November 14 Buy_Redacted.pdf |
| GOV 0000 889 | GOV 0000 889 | November 16 Buy_Redacted.pdf |
| GOV 0000 890 | GOV 0000 893 | Russell Post-Arrest Interview.pdf |
| GOV 0000 894 | GOV 0000 895 | 1B5 Lab Report (12-8 Buy).pdf |
| GOV 0000 896 | GOV 0000 897 | 1B6 Lab Report (12-17 Buy).pdf |
| GOV 0000 898 | GOV 0000 899 | Traffic Stop Lab Report.pdf |
| GOV 0000 900 | GOV 0000 900 | 0906_10.57.16 (01.15.2025).wav |
| GOV 0000 901 | GOV 0000 901 | Axon_Body_4_Video_2025-01-14_1215_D01A4957T.mp4 |

5

| | | |
|---|---|---|
| GOV 0000 902 | GOV 0000 902 | T Russell 1.jpg |
| GOV 0000 903 | GOV 0000 903 | T Russell 2.jpg |
| GOV 0000 904 | GOV 0000 904 | T Russell 3.jpg |
| GOV 0000 905 | GOV 0000 905 | T Russell 4.jpg |
| GOV 0000 906 | GOV 0000 906 | T Russell 5.jpg |
| GOV 0000 907 | GOV 0000 907 | T Russell 6.jpg |
| GOV 0000 908 | GOV 0000 970 | Criminal History russell, T_Redacted.pdf |
| GOV 0000 971 | GOV 0000 972 | instructions.txt |
| GOV 0000 973 | GOV 0000 983 | preservation-1.html |
| GOV 0000 984 | GOV 0000 987 | preservation-2.html |
| GOV 0000 988 | GOV 0000 998 | preservation-3.html |
| GOV 0000 999 | GOV 0001 009 | records.html |
| GOV 0001 | GOV 0001 | group_message_6920753901310427.jpg |

| 010 | 010 | |
|---|---|---|
| GOV 0001 011 | GOV 0001 011 | group_message_69283532572I7158.jpg |
| GOV 0001 012 | GOV 0001 012 | group_message_6928761400509677.jpg |
| GOV 0001 013 | GOV 0001 013 | group_profile_picture_1638957809952884.jpg |
| GOV 0001 014 | GOV 0001 014 | group_profile_picture_1824836611255073.jpg |
| GOV 0001 015 | GOV 0001 015 | group_profile_picture_2058329574376680.jpg |
| GOV 0001 016 | GOV 0001 016 | group_profile_picture_457080526609281.jpg |
| GOV 0001 017 | GOV 0001 017 | photos_6423979397654549.jpg |
| GOV 0001 018 | GOV 0001 018 | shares_529233954205633.png |
| GOV 0001 019 | GOV 0001 019 | shares_636939238292945.jpg |
| GOV 0001 020 | GOV 0001 020 | shares_784978306326357.jpg |
| GOV 0001 021 | GOV 0001 021 | shares_809847681148993.jpg |
| GOV 0001 022 | GOV 0001 022 | shares_915008563326736.jpg |

| | | |
|---|---|---|
| GOV 0001 023 | GOV 0001 023 | status_updates_529233954205633.png |
| GOV 0001 024 | GOV 0001 024 | status_updates_6423979397654549.jpg |
| GOV 0001 025 | GOV 0001 025 | status_updates_653554416469420.lzh |
| GOV 0001 026 | GOV 0001 026 | unified_message_1275257163390822.jpg |
| GOV 0001 027 | GOV 0001 027 | unified_message_369239263222822.jpg |
| GOV 0001 028 | GOV 0001 028 | unified_message_369239263222822.png |
| GOV 0001 029 | GOV 0001 029 | unified_message_487342197337856.pdf |
| GOV 0001 030 | GOV 0001 030 | unified_message_673074054605560.jpg |
| GOV 0001 031 | GOV 0001 031 | unified_message_843644813532342.jpg |
| GOV 0001 032 | GOV 0001 359 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?ReportAU_4225580.pdf |
| GOV 0001 360 | GOV 0001 436 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?ReportTA_4225580.pdf |
| GOV 0001 437 | GOV 0001 453 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?ATT_Records_Key.pdf |
| GOV 0001 | GOV 0001 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report |

8

| 454 | 570 | TA_4225580.txt |
|---|---|---|
| GOV 0001 571 | GOV 0001 573 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report IMEI_4225580.pdf |
| GOV 0001 574 | GOV 0001 575 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report CT_4225580.txt |
| GOV 0001 576 | GOV 0001 577 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report IMEI_4225580.txt |
| GOV 0001 578 | GOV 0001 578 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report CT_4225580.pdf |
| GOV 0001 579 | GOV 0001 580 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report Landline_4225580.txt |
| GOV 0001 581 | GOV 0001 581 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report Landline_4225580.pdf |
| GOV 0001 582 | GOV 0001 582 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report IMSI_4225580.pdf |
| GOV 0001 583 | GOV 0001 583 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report CAPM_4225580.txt |
| GOV 0001 584 | GOV 0001 584 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report IMSI_4225580.txt |
| GOV 0001 585 | GOV 0001 585 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report StirShaken_4225580.pdf |
| GOV 0001 586 | GOV 0001 702 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report Loc_4225580.txt |
| GOV 0001 703 | GOV 0001 703 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report SIMCARD_4225580.txt |
| GOV | GOV | 545C-SL- |

| | | |
|---|---|---|
| 0001 704 | 0001 705 | 3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report StirShaken_4225580.txt |
| GOV 0001 706 | GOV 0001 706 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report CAPM_4225580.pdf |
| GOV 0001 707 | GOV 0001 990 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report AU_4225580.txt |
| GOV 0001 991 | GOV 0002 067 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report Loc_4225580.pdf |
| GOV 0002 068 | GOV 0002 068 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448505.zip?Report SIMCARD_4225580.pdf |
| GOV 0002 069 | GOV 0002 069 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448681.zip?Surveil lanceActivationReport_4225580.pdf |
| GOV 0002 070 | GOV 0002 070 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?4225580_3448681.zip?Surveil lanceMLTActivationReport_4225580.pdf |
| GOV 0002 071 | GOV 0002 084 | 545C-SL-3785691_0000042_1A0000019_0000001.zip?Original-20241218-120007063.pdf |
| GOV 0002 085 | GOV 0002 085 | 545C-SL-3785691_0000042_1A0000019_0000002.pdf |
| GOV 0002 086 | GOV 0002 099 | Original-20241218-120007063.pdf |
| GOV 0002 100 | GOV 0002 116 | ATT_Records_Key.pdf |
| GOV 0002 117 | GOV 0002 444 | ReportAU_4225580.pdf |
| GOV 0002 445 | GOV 0002 445 | ReportCAPM_4225580.pdf |

10

| GOV 0002 446 | GOV 0002 446 | ReportCT_4225580.pdf |
|---|---|---|
| GOV 0002 447 | GOV 0002 449 | ReportIMEI_4225580.pdf |
| GOV 0002 450 | GOV 0002 450 | ReportIMSI_4225580.pdf |
| GOV 0002 451 | GOV 0002 451 | ReportLandline_4225580.pdf |
| GOV 0002 452 | GOV 0002 528 | ReportLoc_4225580.pdf |
| GOV 0002 529 | GOV 0002 529 | ReportSIMCARD_4225580.pdf |
| GOV 0002 530 | GOV 0002 530 | ReportStirShaken_4225580.pdf |
| GOV 0002 531 | GOV 0002 607 | ReportTA_4225580.pdf |
| GOV 0002 608 | GOV 0002 608 | SurveillanceActivationReport_4225580.pdf |
| GOV 0002 609 | GOV 0002 609 | SurveillanceMLTActivationReport_4225580.pdf |
| GOV 0002 610 | GOV 0002 654 | 573-247-9707 PLW_Redacted.pdf |
| GOV 0002 655 | GOV 0002 688 | Facebook SW_Redacted.pdf |
| GOV 0002 | GOV 0002 | PEN 573-247-9707.pdf |

11

| 689 | 703 | |
|---|---|---|
| GOV-0002 704 | GOV-0002 748 | Revised 573-247-9707 PLW_Redacted |

If you encounter difficulties accessing the enclosed discovery, please let me know. If you need any further specific information on the above matters, or any other matters, that will prevent the filing of any unnecessary pretrial motions, please reach out to me.

* * *

To avoid the need for filing motions under Rules 12.1(a), 16, and 26 of the Federal Rules of Criminal Procedure, **the government requests that**:

A. Defendant provide the United States a written notice of his intention to offer an alibi defense, stating the specific place or places at which Defendant claims to have been at the time of the alleged offense and the names and addresses of the witnesses upon whom Defendant intends to rely to establish such alibi;

B. Defendant provide the United States, or permit the United States to inspect, copy, or photograph, any and all books, papers, documents, photographs, tangible objects, or copies thereof that are within the possession, custody, or control of Defendant and which Defendant intends to introduce as evidence in chief at trial;

C. Defendant provide the United States, or permit the United States to inspect and copy, or photograph, any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of Defendant, which Defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom Defendant intends to call at the trial when the results or reports relate to his testimony;

D. Defendant provide the United States a written summary of testimony Defendant intends to use under Rules 702, 703 and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases, and reasons therefor and the witnesses' qualifications;

E. Under Rule 26.2, Defendant provide to the United States all statements of defense witnesses that are in the defense's possession and that relate to the subject matter to which the witness will testify.

12

The government requests that it receive the information regarding alibi requested in Section A, above, no later than the date of the pretrial motion hearing. The government also requests Defendant provide all information specified in Section E, above, no later than noon on the Friday preceding trial to eliminate any delay in the trial of this cause.

I would appreciate a written response before any pretrial motion hearing to determine whether I will have to file formal requests for a court order to enforce discovery compliance.

Respectfully,

THOMAS C. ALBUS

United States Attorney

*/s/ Mohsen Pasha*

MOHSEN PASHA
Assistant United States Attorney

13