**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:26-cr-00077-JMD-RHH |
| | ) |
| TRAVIS RUSSELL, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**The Government's Disclosure of Arguably Suppressible Evidence under Rule 12(b)(4) of the Federal Rules of Criminal Procedure and Notice of Intent to Admit Evidence under Rule 404(b) of the Federal Rules of Evidence**

The United States of America—by and through United States Attorney Thomas C. Albus and Assistant United States Attorney Mohsen Pasha—makes the following disclosures under Rule 12(b)(4) of the Federal Rules of Criminal Procedure and notice under Rule 404(b) of the Federal Rules of Evidence:

At trial, the government intends to use evidence seized and statements made by the defendants during the events described below. This evidence and these statements are more fully set forth in investigative reports that have been made available to Defendant. To the extent that any evidence outlined herein constitutes evidence of "Crimes or Other Acts" as contemplated by Federal Rule of Evidence 404(b), notice is hereby given that the government intends, in the event of trial, to seek the admission of such evidence as probative of "motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident." In connection with this filing, the government moves for pretrial determination of admissibility of arguably suppressible evidence.

The government is no way conceding that Defendant, in fact, has standing to contest the events noted below. The government also notes that the listing of a potential witness or

witnesses in the following table is not meant to be all-inclusive. As the date set for hearings approaches, the government may add, substitute, or delete witnesses for various reasons.

The government has not included in its listing of events the various physical surveillance that occurred, or any photographs or videotapes taken during surveillance during the course of the investigation. Additionally, the government has not listed any records obtained by subpoena. The government's position is that these events are not subject to suppression.

| Date | Event | Evidence | Witnesses |
|---|---|---|---|
| November 14, 2024 | Controlled Purchase of Methamphetamine from Defendant | Methamphetamine | Det. Brandon Ketzler |
| November 16, 2024 | Controlled Purchase of Methamphetamine from Defendant | Methamphetamine | Det. Brandon Ketzler |
| December 8, 2024 | Controlled Purchase of Methamphetamine from Defendant | Methamphetamine, recording of purchase, statements of Defendant | Det. Drew Smith, SA Tyler Roby |
| December 17, 2024 | Controlled Purchase of Methamphetamine from Defendant | Methamphetamine, recording of purchase, statements of Defendant | Det. Brandon Ketzler, Det. Drew Smith, SA Tyler Roby |
| December 17, 2024 | Issuance of Precision Location Warrant for (573) 247-9707 | Warrant | SA Derek Velazco |
| December 18, 2024 | Issuance of Second Precision Location Warrant for (573) 247-9707 | Warrant; Data obtained through warrant | SA Derek Velazco |
| January 14, 2025 | Traffic stop and interview of Defendant | Methamphetamine, canine sniff, Defendant's post-Miranda statements | Det. Brandon Ketzler, Det. Drew Smith, Corporal Scheel |
| January 15, 2025 | Interview of Defendant | Defendant's statements | Det. Brandon Ketzler, Det. Drew Smith, SA Tyler Roby, SA Derek Velazco |

| January 24, 2025 | Issuance of search warrant for Defendant's Facebook account | Warrant; Data obtained through warrant | SA Derek Velazco |
|---|---|---|---|

In addition to that evidence, the government may seek to admit at trial various documentary and/or business records, including (but not limited to) records obtained from various providers of cellular telephone service. The government's position is that these records do not constitute "suppressible evidence." But disclosure of any "arguably suppressible evidence" is required, the government gives notice of its intent to admit evidence in the form of such business records.

As additional evidence is found, and as supplemental information comes to the government's attention, the government may choose not to use some evidence described, or to use evidence additional to that listed in these reports.  If the government chooses to use additional evidence, a supplemental Rule 12(b)(4) notice, and/or a Notice of Intent to Seek the Admission of Evidence Pursuant to Federal Rule of Criminal Procedure 404(b) will be filed.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

/s/ *Mohsen Pasha*
Mohsen Pasha, #67373MO
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Mohsen Pasha*
ASSISTANT UNITED STATES ATTORNEY
Mohsen Pasha, #67373MO