UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:26-cr-00077-JMD-RHH |
| | ) |
| | ) |
| | ) |
| TRAVIS RUSSELL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S FIRST MOTION FOR ADDITIONAL TIME IN WHICH TO FILE PRETRIAL MOTIONS**

COMES NOW defendant, Travis Russell, by and through counsel, Assistant Federal Public Defender Andrew Cortopassi, and moves this Court to grant his motion for additional time in which to file Pretrial Motions.  In support of this motion, counsel states the following:

1.   The date for filing Pretrial Motions is April 13, 2026.

2.  Defense counsel is currently in the process of reviewing discovery, collecting records, further investigating the case, and conducting legal research into the viability of pretrial motions to suppress.

3.  Defendant is currently detained in Jackson County Jail in Murphysboro, Illinois. In-person visitation requires an approximate total of three and half hours of round-trip travel time. Video visitation sometimes requires days in advance notice. Visitation requires balancing scheduling conflicts and usage of one of three government vehicles that need to be reserved with consideration of the remainder of attorneys in the Federal Public Defender's Office.

4.  To determine whether pretrial motions will be necessary, counsel needs additional time to review discovery, further investigate this case, conduct legal research, discuss the matter with defendant, and engage in discussions with the government regarding a potential disposition of this matter.

5.  A continuance in this matter is in the interests of justice as it allows a reasonable time for counsel to be properly prepared pursuant to 18 U.S.C. §3161.  Counsel and defendant believe the ends of justice are served by granting defendant's motion and outweigh the best interests of the public and of the defendant in a speedy trial.

WHEREFORE, for the reasons stated above, counsel requests an extension of time, up to and including May 28, 2026, in which to file pretrial motions.

Respectfully submitted,

/s/ Andrew Cortopassi
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Andrew_Cortopassi@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mohsen Pasha, Assistant United States Attorney.

/s/ Andrew Cortopassi

2