**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CR-77 JMD/RHH |
| | ) | |
| TRAVIS RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND SPEEDY TRIAL FINDING**

This matter is before the Court on Defendant's First Motion for Additional Time in which to File Pretrial Motions [Doc. 22].  The motion states that defemse counsel needs additional time to review discovery, further investigate this case, conduct legal research, discuss the matter with defendant, and engage in discussion with the government regarding a potential disposition of this matter.  Therefore, Defendant requests that the pretrial motion deadline be continued to May 28, 2026.

**Speedy Trial Finding:**  For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to properly prepare for the evidentiary hearing is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's First Motion for Additional Time in which to File Pretrial Motions [Doc. 22] is **GRANTED**.  Defendant shall have to and including **May 28,**

**2026,** to file any pretrial motions or a notice of intent not to file pretrial motions.  The Government shall have until **June 11, 2026,** to respond.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of April, 2026