UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cr-00077-JMD-RHH |
| | ) | |
| | ) | |
| | ) | |
| TRAVIS RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND MOTION FOR ADDITIONAL TIME IN WHICH TO FILE PRETRIAL MOTIONS**

COMES NOW defendant, Travis Russell, by and through counsel, Assistant Federal Public Defender Andrew Cortopassi, and moves this Court to grant his motion for additional time in which to file Pretrial Motions.  In support of this motion, counsel states the following:

1.   The date for filing Pretrial Motions is May 28, 2026.

2.  Defense Counsel is currently in the process of further investigating the case by attempting to locate and interview witnesses, and compiling legal research into a viable pretrial motion to suppress evidence and statements.

3.  Defendant is currently detained in Jackson County Jail in Murphysboro, Illinois. In-person visitation requires an approximate total of three and half hours of round-trip travel time. Video visitation sometimes requires days in advance notice. Visitation requires balancing scheduling conflicts and usage of one of three government vehicles that need to be reserved with consideration of the remainder of attorneys in the Federal Public Defender's Office.

4.  To determine whether pretrial motions will be necessary, counsel needs additional time to further investigate this case, compile legal research, and discuss the matter with Defendant.

5.  A continuance in this matter is in the interests of justice as it allows a reasonable time for counsel to be properly prepared pursuant to 18 U.S.C. §3161.  Counsel and defendant believe the ends of justice are served by granting defendant's motion and outweigh the best interests of the public and of the defendant in a speedy trial.

WHEREFORE, for the reasons stated above, counsel requests an extension of time, up to and including July 13, 2026, in which to file pretrial motions.

Respectfully submitted,

/s/ Andrew Cortopassi
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Andrew_Cortopassi@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mohsen Pasha, Assistant United States Attorney.

/s/ Andrew Cortopassi

2