**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 4:26-CR-77 JMD/RHH |
| ) | |
| TRAVIS RUSSELL,    ) | |
| ) | |
| Defendant.    ) | |

**ORDER AND SPEEDY TRIAL FINDING**

This matter is before the Court on Defendant's Second Motion for Additional Time in which to File Pretrial Motions [Doc. 24].  The motion states that defense counsel is currently in the process of further investigating the case by attempting to locate witnesses and compiling legal research into a viable pretrial motion to suppress evidence and statements.  Therefore, Defendant requests that the pretrial motion deadline be continued to July 13, 2026.

**Speedy Trial Finding:**  For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to properly prepare for the evidentiary hearing is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Second Motion for Additional Time in which to File Pretrial Motions [Doc. 24] is **GRANTED**.  Defendant shall have to and including

**July 13, 2026,** to file any pretrial motions or a notice of intent not to file pretrial motions.  The

Government shall have until **July 27, 2026,** to respond.

_____

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of May, 2026